**AKIN GUMP STRAUSS HAUER & FELD LLP**
MICHAEL J. STORTZ (SBN 139386)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Email:          mstortz@akingump.com
Telephone:      (415) 765.9500

Attorney for Defendants
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC and COMCAST CABLE
COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD WUEST, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST CABLE COMMUNICATIONS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-04063-JSW<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Richard Wuest ("Plaintiff") and Defendants Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC ("Defendants"), by and through their attorneys hereby stipulate to dismissal of the above-captioned case with prejudice as to Plaintiff Richard Wuest and without prejudice as to any putative class member, pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its own costs and attorneys' fees.

Dated: February 1, 2019

Richard Wuest

By his attorney,

/s/ Eric A. Grover
Eric A. Grover
Keller Grover LLP
1965 Market Street
San Francisco, CA  94103
(415) 543.7861
eagrover@kellergover.com

Comcast Cable Communications
Management, LLC and
Comcast Cable Communications LLC

By their attorney,

/s/ Michael J. Stortz
Michael J. Stortz
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
(415) 765.9500
mstortz@akingump.com

2

STIPULATION OF DISMISSAL                                                                          3:17-cv-04063-JSW